IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMART GLOVE HOLDINGS, SDN. BHD.
and SMART GLOVE CORPORATION,
SDN. BHD.,

    Lot 6487, Batu 5 ¾,
    Sementajln Kapar
    42100 Klang, Selangor D.E.
    Malaysia

        Counterclaimants,

v.

TILLOTSON CORPORATION,

        Counterclaim Defendant.

C.A. _____

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Smart Glove Holdings, Sdn. Bhd. and Smart Glove Corporation Sdn. Bhd. (collectively "the Smart Glove counterclaimants") certify that to the best of my knowledge and belief, the Smart Glove counterclaimants have no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

DATE:   May 8, 2008

                                          *[signature]*
Scott M. Daniels
D.C. Bar No.939447
WESTERMAN, HATTORI,
DANIELS & ADRIAN, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
Telephone: (202) 822-1100
Facsimile: (202) 822-1111

*Counsel for Counterclaimants
Smart Glove Holdings Sdn. Bhd.
and Smart Glove Corporation Sdn. Bhd.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, I caused copies of the foregoing Certificate Required By LCvR 7.1 Of The Local Rules Of The United States District Court For The District Of Columbia to be served upon the following persons as indicated below:

### VIA HAND DELIVERY

Gilbert B. Kaplan, Esquire
Jeffrey M. Telep, Esquire
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC  20006-4706

### VIA FIRST CLASS U.S. MAIL

Anthony B. Askew, Esquire
Katrina M. Quicker, Esquire
Thomas Lundin, Esquire
Jason M. Pass, Esquire
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309

*Counsel for Counterclaim Defendant*
*Tillotson Corporation*

_____
SCOTT M. DANIELS