CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SMART GLOVER HOLDINGS   )
    ETC.                  )
                                  )
        Plaintiff       )
                                  )
    v.                     )   Civil Case Number 08-797(RMC)
                                  )
TILLOTSON CORPORATION    )
                                  )   Category   E
                                  )
        Defendants      )

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on May 13, 2008 from Judge Ricardo M. Urbina to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Judge Collyer has a related case CA 08-585)

                                                JUDGE ELLEN S. HUVELLE
                                                Chair, Calendar and Case
                                                Management Committee

cc:    Judge Collyer & Courtroom Deputy
        Judge Urbina & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk