UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMART GLOVE HOLDING, SDN. BHD<br>and SMART GLOVE CORPORATION,<br>SDN. BHD,<br><br>      Counterclaimants,<br><br>v.<br><br>TILLOTSON CORPORATION,<br><br>      Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 1:08-cv-00797-RMC<br>)<br>)<br>)<br>)<br>)<br>) |

**CERITIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLIMBIA**

I, the undersigned counsel of record for Tillotson Corporation, certify that to the best of my knowledge and belief, Defendant Tillotson Corporation, has no parent, subsidiary or affiliate which has any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

DATE: May 27, 2008.

/s   Brian Meiners
Brian Meiners
Washington D.C. Bar No. 482039
KING & SPALDING LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-2706
(202) 737-0500 (telephone)
(202) 626-3737 (facsimile)

Attorney of record for Tillotson Corporation