UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMART GLOVE HOLDING, SDN. BHD and SMART GLOVE CORPORATION, SDN. BHD, <br><br> Counterclaimants, <br><br> v. <br><br> TILLOTSON CORPORATION, <br><br> Counterclaim Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO.: 1:08-cv-00797-RMC |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the Admission Pro Hac Vice of attorney Asha Camille Jennings for purposes of this case. Please see the attached statement of Asha Camille Jennings in compliance with the local rule.

Respectfully submitted,

/s/ Brian R. Meiners
Brian R. Meiners
D.C. Bar No. 482039
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington DC 20006-4706
(202) 626-2910
bmeiners@kslaw.com

Attorneys for Tillotson Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMART GLOVE HOLDING, SDN. BHD<br>and SMART GLOVE CORPORATION,<br>SDN. BHD,<br><br>   Counterclaimants,<br><br>  v.<br><br>TILLOTSON CORPORATION,<br><br>   Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: 1:08-cv-00797-RMC<br>)<br>)<br>)<br>)<br>)<br>) |

## STATEMENT OF ASHA CAMILLE JENNINGS
## IN SUPPORT OF MOTION FOR PRO HAC VICE APPEARANCE

1. My full name is Asha Camille Jennings

2. My office address is: King & Spalding, LLP, 1180 Peachtree Street, Atlanta, GA 30309. My telephone number is 404-572-2758.

3. I am admitted and am a member of good standing to the Georgia State Bar.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted pro hac vice to the United States District Court for the District of Columbia.

Dated: 6/10/08

                Respectfully submitted,

                Asha Camille Jennings
                Georgia State Bar No.: 568289
                King & Spalding LLP
                1180 Peachtree Street
                Atlanta, Georgia 30309
                (404) 572-2758
                (404) 572-5138 (fax)
                ajennings@kslaw.com

                Attorneys for Tillotson Corporation

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Motion for Leave to Appear Pro Hac Vice, and accompanying Statement in Support of Motion for Pro Hac Vice Appearance, were served on Counsel of Record via the Court's CM/ECF Electronic Filing system on this 11th day of June, 2008.

/s/   Brian Meiners
Brian Meiners
Washington D.C. Bar No. 482039

KING & SPALDING LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMART GLOVE HOLDING, SDN. BHD and SMART GLOVE CORPORATION, SDN. BHD, <br><br>    Counterclaimants, <br><br>    v. <br><br> TILLOTSON CORPORATION, <br><br>    Counterclaim Defendant. | CASE NO. 1:08-CV-00797-RMC |

**ORDER**

Upon consideration of Defendants' Motion for Pro Hac Vice Appearance and the Statement of Asha Camille Jennings in Support of Motion for Pro Hac Vice Appearance, it is hereby **ORDERED**:

Defendants' Motion for Pro Hac Vice Appearance of Asha Camille Jennings is **GRANTED**.

Date: _____            By: _____

The Honorable Rosemary M. Collyer
United States District Judge