UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMART GLOVE HOLDING, SDN. BHD<br>and SMART GLOVE CORPORATION,<br>SDN. BHD,<br><br>   Counterclaimants,<br><br>v.<br><br>TILLOTSON CORPORATION,<br><br>   Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: 1:08-cv-00797-RMC |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the Admission Pro Hac Vice of attorney Stephen Paul Cummings for purposes of this case. Please see the attached statement of Stephen Paul Cummings in compliance with the local rule.

                Respectfully submitted,


                /s/ Brian R. Meiners
                Brian R. Meiners
                D.C. Bar No. 482039
                King & Spalding LLP
                1700 Pennsylvania Avenue, NW
                Washington DC 20006-4706
                (202) 626-2910
                bmeiners@kslaw.com

                Attorneys for Tillotson Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMART GLOVE HOLDING, SDN. BHD and SMART GLOVE CORPORATION, SDN. BHD, <br><br>　　　　Counterclaimants, <br><br>v. <br><br>TILLOTSON CORPORATION, <br><br>　　　　Counterclaim Defendant. | CASE NO.: 1:08-cv-00797-RMC |

## STATEMENT OF STEPHEN PAUL CUMMINGS
## IN SUPPORT OF MOTION FOR PRO HAC VICE APPEARANCE

1. My full name is Stephen Paul Cummings

2. My office address is: King & Spalding, LLP, 1180 Peachtree Street, Atlanta, GA 30309. My telephone number is 404-572-2753.

3. I am admitted and am a member of good standing to the Georgia State Bar; I am also admitted to practice before the United States Court of Appeals for the 3rd Circuit and the United States District Court, Northern District of Georgia.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted pro hac vice to the United States District Court for the District of Columbia.

Dated: 6/17/08

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　Stephen Paul Cummings
　　　　　　　　　　　　　　　　　　　　　Georgia State Bar No.: 186015
　　　　　　　　　　　　　　　　　　　　　King & Spalding LLP
　　　　　　　　　　　　　　　　　　　　　1180 Peachtree Street
　　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　　　　　　(404) 572-4711
　　　　　　　　　　　　　　　　　　　　　mwofford@kslaw.com
　　　　　　　　　　　　　　　　　　　　　Attorneys for Tillotson Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Leave to Appear Pro Hac Vice, and accompanying Statement in Support of Motion for Pro Hac Vice Appearance, were served on Counsel of Record via the Court's CM/ECF Electronic Filing system on this 18th day of June, 2008.

/s/ Brian R. Meiners
Brian R. Meiners
D.C. Bar No. 482039
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington DC 20006-4706
(202) 626-2910
bmeiners@kslaw.com

Attorneys for Tillotson Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMART GLOVE HOLDING, SDN. BHD and SMART GLOVE CORPORATION, SDN. BHD, <br><br>　　　　Counterclaimants, <br><br>　v. <br><br>TILLOTSON CORPORATION, <br><br>　　　　Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: 1:08-cv-00797-RMC<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Defendant's Motion for Pro Hac Vice Appearance and the Statement of Stephen Paul Cummings in Support of Motion for Pro Hac Appearance, it is hereby **ORDERED**:

Defendant's Motion for Pro Hac Vice Appearance of Stephen Paul Cummings is **GRANTED.**

Date: _____      By:_____
　　　　　　　　　　　　Rosemary M. Collyer
　　　　　　　　　　　　United States District Judge