## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMART GLOVE HOLDINGS, SDN. BHD. and SMART GLOVE CORPORATION, SDN. BHD., | |
| **Counterclaimants,** | **C.A. 1:08-cv-00797-RMU** |
| **v.** | |
| TILLOTSON CORPORATION, | |
| **Counterclaim Defendant.** | |

### REQUEST TO EXTEND TIME FOR COUNTERCLAIMANTS TO RESPOND TO TILLOTSON CORPORATION'S MOTION TO DISMISS

1.      Smart Glove Holdings Sdn. Bhd. and Smart Glove Corporation Sdn. Bhd. (collectively "the Smart Glove counterclaimants") hereby submit to the Court for its approval and entry the attached proposed Order granting the Smart Glove counterclaimants an extension of time from June 23, 2008 until July 7, 2008 to respond to Tillotson's motion to dismiss.

2.      On May 7, 2008, the Smart Glove counterclaimants filed a Counterclaim against the complainant in the ITC proceeding, Tillotson Corporation ("Tillotson"), pursuant to 19 U.S.C. § 1337(c) and 19 C.F.R. § 210.14(e).

3.      On May 27, 2008 Tillotson filed a motion to dismiss.

4.      This Proposed Order has the effect of extending the current deadline for

Smart Glove counterclaimants to respond to the motion to dismiss from June 9, 2008 to June 23,

2008.

5.      By its signature below, counsel for the Smart Glove counterclaimants

certifies that Tillotson's counsel has stated that Tillotson has no objection to Smart Glove's

request.

6.      The parties respectfully request the Court to enter the proposed Order.

DATE:   June 23, 2008                                    Respectfully Submitted

                                                         /s/ Scott Daniels                       .
                                                         Scott M. Daniels
                                                         D.C. Bar No.939447
                                                         WESTERMAN, HATTORI,
                                                         DANIELS & ADRIAN, LLP
                                                         1250 Connecticut Avenue, N.W.
                                                         Suite 700
                                                         Washington, DC 20036
                                                         Telephone: (202) 822-1100
                                                         Facsimile: (202) 822-1111

                                                         *Counsel for Counterclaimants*
                                                         *Smart Glove Holdings Sdn. Bhd.*
                                                         *and Smart Glove Corporation Sdn. Bhd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2008, I caused copies of the foregoing

REQUEST FOR EXTENSION OF TIME  to be served upon the following persons as indicated

below:

**VIA FIRST CLASS U.S. MAIL**

Gilbert B. Kaplan, Esquire
Jeffrey M. Telep, Esquire
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC  20006-4706

**VIA FIRST CLASS U.S. MAIL**

Anthony B. Askew, Esquire
Katrina M. Quicker, Esquire
Thomas Lundin, Esquire
Jason M. Pass, Esquire
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309

*Counsel for Counterclaim Defendant*
*Tillotson Corporation*

/s/ Scott Daniels              .
SCOTT M. DANIELS

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SMART GLOVE HOLDINGS, SDN. BHD.**<br>**and SMART GLOVE CORPORATION,**<br>**SDN. BHD.,**<br><br><br>**Counterclaimants,**<br><br>**v.**<br><br>**TILLOTSON CORPORATION,**<br><br>**Counterclaim Defendant.** | **C.A. 1:08-cv-00797-RMU** |

### [Proposed] ORDER

The matter is before the Court on Smart Glove Holdings Sdn. Bhd.'s and Smart Glove Corporation Sdn. Bhd.'s (collectively "the Smart Glove counterclaimants") Request To Extend Time For Counterclaimants To Respond To Tillotson Corporation's Motion To Dismiss

Having reviewed the motion, the Court **GRANTS** the Request To Extend Time For Counterclaimants To Respond To Tillotson Corporation's Motion To Dismiss.

IT IS THEREFORE ORDERED that Counterclaimants may respond to Tillotson's motion to dismiss on July 7, 2008.

_____