IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMART GLOVE HOLDINGS, SDN. BHD. and SMART GLOVE CORPORATION, SDN. BHD., <br><br> Counterclaimants, <br><br> v. <br><br> TILLOTSON CORPORATION, <br><br> Counterclaim Defendant. | C.A. 1:08-cv-00797-RMC |

**SMART GLOVE HOLDINGS, SDN. BHD. AND SMART GLOVE CORPORATION, SDN. BHD.'S MOTION FOR VOLUNTARY DISMISSAL AND RESPONSE TO COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS**

Pending before the Court is Counterclaim Defendant Tillotson Corporation's motion to dismiss, based upon an alleged failure of Counterclaimants to meet the deadline set by the Rules of the U.S. International Trade Commission for filing counterclaims at that agency within ten business days prior to trial of the matter in the agency. *See* 19 C.F.R. § 210.14(e). Counterclaimant concedes that its counterclaim was filed less than 10 business days prior to trial and therefore was not jurisdictionally proper at the ITC at the time of removal. Counterclaimant therefore moves for voluntary dismissal of this Action *without prejudice*.

Counterclaimant submits that the present Motion renders moot any other matters that may be before this Court.

DATE:   July 7, 2008                    ___/s     Scott M. Daniels_____

                                                        Scott M. Daniels
                                                        D.C. Bar No.939447
                                                        WESTERMAN, HATTORI,
                                                        DANIELS & ADRIAN, LLP
                                                        1250 Connecticut Avenue, N.W.
                                                        Suite 700
                                                        Washington, DC 20036
                                                        Telephone: (202) 822-1100
                                                        Facsimile: (202) 822-1111

                                                        *Counsel for Counterclaimants*
                                                        *Smart Glove Holdings Sdn. Bhd.*
                                                        *and Smart Glove Corporation Sdn. Bhd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I caused copies of the foregoing Motion to Dismiss to be served upon the following persons as indicated below:

### VIA HAND DELIVERY

Gilbert B. Kaplan, Esquire
Jeffrey M. Telep, Esquire
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC  20006-4706

### VIA FIRST CLASS U.S. MAIL

Anthony B. Askew, Esquire
Katrina M. Quicker, Esquire
Thomas Lundin, Esquire
Jason M. Pass, Esquire
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309

*Counsel for Counterclaim Defendant Tillotson Corporation*

　　　/s   Scott M. Daniels
　　　SCOTT M. DANIELS

- 2 -

|  |  |
|---|---|
| SMART GLOVE HOLDINGS, SDN. BHD. and SMART GLOVE CORPORATION, SDN. BHD.,<br><br>                     Counterclaimants,<br><br>   v.<br><br>TILLOTSON CORPORATION,<br><br>                     Counterclaim Defendant. | C.A. 1:08-cv-00797-RMC |

**OREDER GRANTING VOLUNTARY DISMISSAL**

Upon consideration to Counterclaimant's motion for voluntary dismissal and the record in this case, it is hereby ORDERED that the motion is granted and this civil action is DISMISSED WITHOUT PREJUDICE.

Dated: July 7, 2008          _____

                                               Rosemary M. Collyer
                                               United States District Judge